No. 314. DHARANDAS TULSIDAS ET AL. *v.* INSULAR COLLECTOR OF CUSTOMS. October 10, 1921. Petition for a writ of certiorari to the Supreme Court of the Philippine

Islands granted. *Mr. Adams C. Carson* for petitioners. *Mr. Grant T. Trent* and *Mr. Logan N. Rock* for respondent.